```
DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
TARA I. ALLEN, Bar #235549
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
REBECCA GATES-SHORTZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr.S. 06-422-EFB |
| Plaintiff, | STIPULATION AND ORDER |
| v. | Date: January 22, 2007 |
| REBECCA GATES-SHORTZ, | Time: 10:00 a.m. |
| Defendant. | Judge: Edmund F. Brennan |

The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, REBECCA GATES-SHORTZ, by and through her counsel TARA I. Allen of the Federal Defenders Office, stipulate that the trial confirmation hearing set for December 22, 2006 and the jury trial set for January 16, 2007 be vacated and a change of plea hearing be set for January 22, 2007 at 10:00 a.m.

This continuance is requested to give defense counsel time to review the government's offers with the defendant.

The parties agree that the Court should exclude time under the Speedy Trial Act from the date of this order through the date of the

change of plea hearing set for January 22, 2007 at 10:00 a.m. pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) for reasonable time to prepare and Local Code T4.

Dated: December 22, 2006

                                                 Respectfully submitted,

                                                 DANIEL J. BRODERICK
Acting Federal Defender

/s/ Tara I. Allen
_____
TARA I. ALLEN
Staff Attorney
Attorney for Defendant
REBECCA GATES-SHORTZ

Dated:  December 22, 2006          MCGREGOR W. SCOTT
                                   United States Attorney

                                   /s/ Matthew Stegman
                                   _____
                                   MATTHEW STEGMAN
                                   Assistant U.S. Attorney

### O R D E R

FOR GOOD CAUSING SHOWING, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.  Time is excluded under Title 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4 from the date of this Order to the change of plea hearing on date of January 22, 2007.

IT IS SO ORDERED that the change of plea hearing is now set for January 22, 2007 at 10:00 a.m.

IT IS SO ORDERED.

Dated: December 22, 2006.

_____
EDMUND F. BRENNAN
United States Magistrate Judge

2